**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION**

| | | |
|---|---|---|
| Garrison v. Stephan, et al., D. Nevada, | ) | |
| C.A. No. 2:23-01138 | ) | MDL No. 3076 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action *(Garrison v. Stephan, et al.)* on August 1, 2023. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Garrison v. Stephan, et al.* filed a notice of opposition to the proposed transfer. Defendants later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Garrison v. Stephan, et al*. was dismissed by the Honorable Jennifer A. Dorsey on September 13, 2023.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on August 1, 2023, is VACATED as it relates to this action.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel